# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 1960
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

September 10, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

07 cm 1346 -CSC

Re:   Tommy Jordan

Dear Judge Coody:

Our office has been contacted by Assistant U.S. Attorney Andrew O. Schiff, Deputy Chief of the Criminal Division, regarding appointment of counsel for Mr. Jordon, who is a material witness and possible target in an investigation of possible tax fraud.

Mr. Schiff has indicated that Mr. Jordan is unable to afford counsel. A financial affidavit signed by Mr. Jordan is enclosed with this letter.

I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would not be able to accept an appointment in this case, but we have identified a CJA Panel attorney who would be willing to accept appointment. Everette Urech has been appointed to represent Mr. Jordan.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Kevin L. Butler
First Assistant Federal Defender

KLB/lc
Enclosure
cc:   Andrew O. Schiff, Esq.