IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA          )
                                  )
        v                         )        CRIM. MISC. NO. 07cm1346-CSC
                                  )
TOMMY JORDAN                       )

## ORDER

Upon consideration of the request of the Federal Defender for appointment of

counsel for a person under investigation and the court's review of  the person's financial

affidavit, the court finds that TOMMY JORDAN is eligible for the appointment of

counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the EVERETTE URECH, Esq. be and is hereby appointed to

represent TOMMY JORDAN.  The Clerk of the Court shall provide counsel with a copy

of this order, the letter requesting appointment of counsel and the financial affidavit.  If

the financial affidavit was not available at the time of this appointment, counsel shall file

the affidavit not later than ten (10) days from the date of this order.

Done this 11th day of September, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE